PS 8
(Rev. 5/02 WVN)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

U.S.A. vs.  JOHN PAUL BRAITHWAITE, JR.                    Docket No.:  2:25CR11

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Brian E. Kilgore, U. S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, John Paul Braithwaite, Jr., who was placed under pretrial release supervision by the Honorable Michael J. Aloi, United States Magistrate Judge, sitting in the Court at Elkins, West Virginia, on June 30, 2025.

On September 16, 2025, the defendant appeared, with counsel, before the Honorable Michael J. Aloi, United States Magistrate Judge, sitting in Elkins, West Virginia.  Pursuant to a written plea agreement, the defendant pled guilty to Count Two (2) of the Indictment: Possession of Child Pornography.

On May 20, 2026, the defendant is scheduled to appear, before the Honorable Thomas S. Kleeh, Chief United States District Judge, sitting in the Court at Clarksburg, West Virginia, for sentencing in this matter.

See attached Order Setting Conditions of Release

Respectfully presenting petition for action of court for cause as follows:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1. | Violation of Condition No. 7(p): The defendant shall participate in one of the following location restriction programs and comply with its requirements as directed. |
| 2. | Violation of Condition No. 7(ii) Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer. |
| 3. | Violation of Condition No. 7(q): The defendant shall submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. |

On or about, April 14, 2026, the defendant was evicted from his residence which is located in the Western District of Pennsylvania. U.S. Probation Officers from the Western District of Pennsylvania attempted to assist the defendant with securing an alternative address; however, as of this writing, all attempts have been unsuccessful. Therefore, the defendant no longer has the ability to meet the requirements of these conditions.

## PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

[ ] Neither

<u>U. S. Pretrial Services Officer Recommendation:</u> As the Court is aware, pursuant to the Adam Walsh Child Protection and Safety Act of 2006, and 18 U.S.C. § 3142(c), if released, the defendant is subject to, at a minimum, a condition of electronic monitoring. Therefore, given the defendant's inability to meet this requirement, the undersigned believes that further Court intervention is necessary at this time.

*NOTE: According to members of the U.S. Probation Office for the Western District of Pennsylvania, on April 14, 2026, the defendant voluntarily admitted himself to the Independence Health System in Greensburg, PA for a mental health evaluation.*

The term of supervision should be:

[X] Revoked

[ ] No action taken at this time

[ ] The conditions of supervision should be modified as follows:



Respectfully,

_____

Brian E. Kilgore
U. S. Pretrial Services Officer
Place: Elkins, West Virginia
Date: April 15, 2026

-2-

PS8                                                PS8 Petition for Action on Conditions of Pretrial Release

## THE COURT ORDERS

☐    No action

☒    The Issuance of a Warrant and upon arrest detained and the petition in the matter be unsealed.

☐    The Issuance of a Summons

☐    Other

ORDER OF COURT

Considered and ordered this ___16th___ day of ___April___, 20_26_ and ordered filed and made a part of the records in the above case.


_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                              **Case No: 2:25-CR-11
(JUDGE KLEEH)**

**JOHN PAUL BRIATHWAITE, JR.,**

      **Defendant.**

## ORDER SETTING CONDITIONS OF RELEASE

It is ORDERED that the defendant's release is subject to these conditions.

(1)    The defendant must not violate federal, state or local law while on release.

(2)    The defendant must cooperate with the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of a residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

      The defendant must appear at:      300 Third Street, Elkins, West Virginia
                                              *(place)*

    *not applicable*

                        *(date and time)*
      AS ORDERED by the Magistrate or District Judge

(5)    The defendant must sign an Appearance Bond, if ordered.

### ADDITIONAL CONDITIONS OF RELEASE

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(  ) (6)    The defendant is placed in the custody of:

    Person or organization_____

Address (only if above is an organization)_____

City and State_____ Tel. No._____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed:_____   _____
*Custodian*                                                                    *Date*

( ) (7)      The defendant shall:

(x) (a) submit to supervision by and report for supervision to United States Probation, with courtesy supervision provided by the Western District of Pennsylvania, **by calling (412) 395-6907 immediately upon his release herein, and anytime thereafter as directed by the Probation Office**.

(x) (b) continue or actively seek employment.

( ) (c) continue or start an education program.

(x) (d) surrender any passport to US Probation Office, Northern District of West Virginia.

(x) (e) not obtain a passport or other international travel document.

(x) (f) abide by the following restrictions on personal association, residence or travel: **Defendant may reside at approved residence in Western District of Pennsylvania, subject to location monitoring and home detention as set forth below; may not otherwise leave residence or travel without advance written approval of supervising officer.**
*(other)*

(x) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including: anyone who is named in the indictment/information against you unless that person is your spouse, child, parent or sibling.

( ) (h) get medical or psychiatric treatment:_____

_____

( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes _____
_____.

( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

(x) (k) not possess a firearm, destructive device, or other weapon.

(x) (l) not consume alcohol.

(x ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a medical practitioner.

(x) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

(x) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( x ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ) (i) **Curfew.** You are restricted to your residence everyday from _____ to _____ or as directed by the pretrial services office or supervising officer; or

( x ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

(xx) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

(x ) (r) report as soon as possible to the pretrial services office or supervising officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(x ) (s) not purchase, possess or use any paraphernalia related to any controlled substance.

(x ) (t) not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants, and shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants.

( x) (u) not abuse prescription medication.

(x) (v) shall be prohibited from possessing a potentially vicious/dangerous animal or residing with anyone who possesses a potentially vicious animal. The Probation Officer has sole authority to determine what animals are considered to be potentially vicious/dangerous.

(x) (w) participate in a program of mental health counseling if directed by the pretrial services office or supervising officer.

(x) (x) not have any unsupervised contact with children.

(x) (y) not possess a computer; not have a computer in the home; not have any access to computer or the Internet under any circumstances.

### ADDITIONAL TERMS OF PRE-SENTENCE RELEASE AND PRE-TRIAL RELEASE IN A CHILD PORNOGRAPHY CASE

(1) Defendant shall not possess or use a computer, or any other electronic device (including but not limited to cellular telephones with internet capability) capable of being connected to the internet.

(2) Defendant shall not connect to the internet for any purpose.

(3) Defendant shall not aid or assist another to connect to the internet for any purpose.

(4) Defendant shall not possess or use a telephone which is capable of taking, storing or sharing digital images.

(5) Defendant shall not possess any sexually explicit movies, videos, CD's, magazines nor shall Defendant possess any device which stores digital images including but not limited to digital images of sexually explicit activities.

(6) Defendant shall not have any unsupervised contact (including verbal, written, telephonic or electronic communications) with any child under the age of 18 years.

(7)      Defendant shall not visit any school or public facility where he may be in contact with a child under the age of 18 years.

(8)      Defendant shall forthwith comply with all applicable federal and state sex offender registration requirements and laws and shall update the same as required by law.

(9)      Defendant shall not associate with any person who is known by Defendant to view or exchange images or pictures of child pornography (sexually explicit and provocative acts and poses involving persons under the age of 18 years).

(10)     Defendant shall not view any sexually explicit movies, videos, CD's, magazines nor shall Defendant possess any device which stores or is capable of permitting the viewing of digital images including but not limited to digital images of sexually explicit activities.

(11)     Defendant shall consent to a search of his residence, motor vehicle, and storage facility located on the same property as his residence by his pretrial services/probation officer for the purpose of determining whether Defendant is in compliance with the Order Setting Conditions of Release.

(12)     Defendant shall consent to his pretrial services/probation officer viewing on premises or removing any item for viewing off premises which is suspected of being possessed in violation of the Order Setting Conditions of Release.

(13)     Defendant shall surrender to his pretrial services/probation officer anything which the officer determines is being possessed by Defendant in violation of the Order Setting Conditions of Release.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)      an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)     any other felony, you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)     a misdemeanor, you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Bealington          WV
_____
City and State

## Directions to the United States Marshal

(xx) The defendant is ORDERED released at **9:00 a.m. on July 1, 2025, with transportation to be provided DIRECTLY to approved residence in the Western District of Pennsylvania by his spouse, April Braithwaite.**.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: June 30, 2025

_____
Michael John Aloi
United States Magistrate Judge

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL